UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

CRIMINAL ACTION NO. 02-131

UNITED STATES OF AMERICA,                                       PLAINTIFF


v.                                    **ORDER**


ARISTEO MONTAYO-HURTADO-ROMAN,                          DEFENDANT

\* \* \* \* \* \* \* \* \* \* \*

This matter is before the Court for disposition based on the

recommendation of the United States Magistrate Judge. [R. 64] There being no

objection, the Recommended Disposition is hereby adopted as the opinion and

order of the Court

Dated this 14ᵗʰ day of September, 2007.



**Signed By:**

*Karen K. Caldwell*

**United States District Judge**